UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Leroy Grissom                        Case No. 12-33849-KLP
    Yvette B. Grissom
Debtors                                  Chapter 13

    2711 Dancer Rd.

    Henrico, VA 23294

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 0315, 6646

### ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $500.00 in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with filing a Response on 10/04/2013 to a motion for relief from the automatic stay filed with this Court on 09/17/2013. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on 11/04/2013. ($250.00)

2. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on 10/01/2013. ($250.00)

There being no objection filed to the application for compensation in this matter to date in the amount of $500.00 and that the Chapter 13 trustee, Robert E. Hyman, is authorized to pay an additional $500.00 to Robert B. Duke, Jr. from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

Mar 5 2014

By /s/ Keith L. Phillips
            Judge

Notice of Order Entered on Docket
March 5, 2014

I ask for this:
/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr. (VSB#74070)
America Law Group Inc.
dba The Debt Law Group
1928 Arlington Blvd, Ste 112
Charlottesville, VA 22903
434-227-8091
Fax : 434-321-5211

Seen and agreed

/s/ Robert E. Hyman_____
Robert E. Hyman

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr.

Please send a copy of this Order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780


Leroy Grissom
Yvette B. Grissom
Debtors
2711 Dancer Rd.
Henrico, VA 23294