UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:   Leroy & Yvette Grissom                                  Case No. 12-33849-KLP
                                                                 Chapter 13
         Debtor

ORDER TO INCUR DEBT

This matter came to be heard upon the Motion of the Debtor for the authority to purchase a vehicle, and it appearing to the Court that the debtor has the opportunity to purchase a 2012 Nissan Altima from Basic Auto Sales in the amount of $18,258.29 with a rate of 17.99% and monthly payments of $458.00 for 72 months.

The Court further determining that it would be in the best interest of the debtor and parties in interest in this case to allow this purchase to take place so the Debtors can maintain employment and because their previous loan has been paid in full, but the cost of maintaining the vehicle has exceeded the cost of purchasing something new, and for these reasons and other good cause shown, it is hereby

ORDERED that the debtor is authorized to purchase the vehicle described as:

2012 Nissan Altima or a like vehicle with similar financing terms not to exceed an interest rate of 17.99% or a monthly payment of $458.00 from Basic Auto Sales or other competent dealer.

I ask for this:

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr.
Counsel for Debtor

Seen and approved:

/s/ Robert E. Hyman
Robert E. Hyman
Chapter 13 Trustee

Entered on Docket  May 27, 2014

Dated:  May 27 2014                                        /s/ Keith L. Phillips
                                                           _____
                                                           U.S. Bankruptcy Judge

## LOCAL RULE 9022-1 (C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been endorsed by all the necessary parties.

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means or by mail first class a true and accurate copy of the Order to Incur Debt to Chapter 13 Trustee and all creditors and to all necessary parties on 4/22/2014.

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr.
VSB #74070

### PARTIES TO RECEIVE COPIES:

Robert Hyman
P.O. Box 1780 Richmond, VA 23219-1780

Basic Auto Sales
4905 West Broad St. Richmond, VA 23230

Leroy & Yvette Grissom
2711 Dancer Rd  Henrico, VA 23294

America Law Group, Inc.
2800 N Parham Rd, Ste 100   Richmond, VA 23294